IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRUCE F. ESELU, | ) | CIVIL 05-00086DAE-LEK |
| Plaintiff, | ) | |
| vs. | ) | |
| KUAKINI MEDICAL CENTER, | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on December 11, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special Master on Plaintiff's Objections to Defendant Kuakini Medical Center's Bill of Costs," is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 4, 2007.

_____
David Alan Ezra
United States District Judge

cc: all parties of record